UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34611 |
|---|---|
| BRUCE D. MIRACLE | (Chapter 13) |
| BETTY J. MIRACLE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055436**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 11 | CARDIOTHORACIC & VASCULAR<br>1005 BELLFONTAINE AVE STE 230<br>LIMA, OH 45804 | 52.59 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service  07-34611

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

BRUCE D. MIRACLE
405 ROGERS ROAD
ROGERSVILLE, TN 37857

BETTY J. MIRACLE
1048 N. MIAMI AVENUE
SIDNEY, OH 45365

DUANE A GOETTEMOELLER
126 N MAIN AVE
BOX 987
SIDNEY, OH 45365

(11.1)
CARDIOTHORACIC & VASCULAR
1005 BELLFONTAINE AVE STE 230
LIMA, OH 45804

(60.1n)
MICHAEL A STAUDT
COURTVIEW CENTER SUITE 300
100 SOUTH MAIN AVENUE
SIDNEY, OH 45365

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv